**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| T.R. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 4:24-cv-00704-SRB |
| | ) | |
| CLAY-PLATTE FAMILY MEDICINE CLINIC, P.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR THEIR SUGGESTIONS IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**

Plaintiffs, by and through undersigned counsel, respectfully move for leave to exceed the page limitation applicable to their forthcoming suggestions in support of unopposed motion to direct class notice and for preliminary approval of proposed class action settlement. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs intend to file an unopposed motion seeking preliminary approval of a proposed class action settlement resolving this litigation.

2. Pursuant to Western District Local Rule 7.0(d)(A), Plaintiffs' suggestions in support are subject to a 15-page limit.

3. Plaintiffs' suggestions will address the requirements of Federal Rule of Civil Procedure 23, including certification of the proposed settlement class, the fairness, reasonableness, and adequacy of the settlement, the adequacy of the proposed notice plan, and provide a proposed schedule of events. Given the nature of this case and the scope of the proposed settlement, Plaintiffs respectfully submit that additional pages will be helpful to adequately present these issues.

4. Accordingly, Plaintiffs respectfully request leave to file suggestions in support not to exceed 27 pages. This request is made in good faith and will hopefully assist the Court by enabling a thorough presentation of the proposed settlement.

5. Defendants do not oppose this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file their suggestions in support of their unopposed motion to direct class notice and for preliminary approval of the proposed class action settlement in excess of the page limitation, not to exceed 27 pages.

Dated: April 6, 2026

Respectfully submitted,

*/s/ J. Austin Moore*

J. Austin Moore, MO Bar #64040
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
moore@stuevesiegel.com

*Counsel for Plaintiff C.C.*

Maureen M. Brady MO #57800
Lucy McShane MO #57957
**MCSHANE & BRADY, LLC**
4006 Central Kansas City, MO 64111
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
mbrady@mcshanebradylaw.com
lmcshane@mcshanebradylaw.com

*Counsel for Plaintiffs TR, DS, and TS*

Phyllis A. Norman, MO #55887
**NORMAN & GRAVES LLC**
4505 Madison Avenue, Suite 220
Kansas City, MO 64111

(816) 895-8989
(816) 895-8988 FAX
phyllis@ngkclaw.com

*Counsel for Plaintiffs K.H. and H.F.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 6, 2026, the foregoing was filed electronically with the Clerk of the Court to be served upon all counsel of record via the Court's ECF System.

*/s/ J. Austin Moore*